

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 FEB 18 PM 1:20

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BERT CHARLES FOX, II | CIVIL ACTION |
| VERSUS | NO. 09-6756 |
| SHERIFF JACK STEPHENS ET AL. | SECTION "D"(2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that the claims of Bert Charles Fox, II, are DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this _____ day of _____, 2010.

UNITED STATES DISTRICT JUDGE